1  THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
2  NATHANIEL P. BUALAT (SBN 226917)
   nbualat@crowell.com
3  JOSEPH BUI (SBN 293256)
   jbui@crowell.com
4  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
5  San Francisco, California  94111
   Telephone: 415.986.2800
6  Facsimile: 415.986.2827

7  CHRISTOPHER FLYNN (admitted *pro hac vice*)
   cflynn@crowell.com
8  APRIL N. ROSS (admitted *pro hac vice*)
   aross@crowell.com
9  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
10 Washington, D.C. 20004-2595
   Telephone: 202.624.2500
11 Facsimile: 202.628.5116

12 JENNIFER S. ROMANO (SBN 195953)
   jromano@crowell.com
13 CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
14 Los Angeles, California 90071
   Telephone: 213.622.4750
15 Facsimile: 213.622.2690

16 Attorneys for Defendant
   UNITED BEHAVIORAL HEALTH

17

18                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
19                       SAN FRANCISCO DIVISION

20 | DAVID AND NATASHA WIT, *et al.*, | Case No. 3:14-CV-02346-JCS
                                       | Action Filed:    May 21, 2014
21           Plaintiffs,
                                       | **STIPULATION TO EXTEND TIME TO**
22       v.                            | **ANSWER INTERVENOR PLAINTIFFS'**
                                       | **INTERVENOR COMPLAINTS**
23 UNITED BEHAVIORAL HEALTH,

24           Defendant.

25

26
27
28

|   |   |   |
|---|---|---|
| 1 | GARY ALEXANDER, *et al.*, | Case No. 3:14-CV-05337-JCS |
| 2 | Plaintiffs, | Action Filed:   December 4, 2014 |
| 3 | v. |   |
| 4 | UNITED BEHAVIORAL HEALTH, |   |
| 5 | Defendant. |   |

1   Pursuant to Civil Local Court Rule 6-1(a), Defendant United Behavioral Health ("UBH")
2   and Intervenor Plaintiffs Linda Tillitt and Michael Driscoll ("Intervenor Plaintiffs"), by and
3   through their respective counsel of record, hereby stipulate as follows:
4   WHEREAS, this Court granted Intervenor Plaintiffs' motions to intervene in the above-
5   captioned litigation on February 9, 2016;
6   WHEREAS, Intervenor Plaintiffs served and filed their respective Intervenor Complaints
7   on February 12, 2016;
8   WHEREAS, UBH currently has until March 4, 2016 to answer or respond to the
9   Intervenor Complaints;
10  WHEREAS, UBH has requested and Intervenor Plaintiffs have consented to an additional
11  12 days for UBH to answer the Intervenor Complaints; and
12  WHEREAS, an additional 12 days for UBH to answer the Intervenor Complaints will not
13  alter the date of any event or any deadline already fixed by Court order;
14  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
15  through their respective counsel of record, that UBH's deadlines to file and serve answers to
16  Intervenor Plaintiff Linda Tillitt's Intervenor Complaint in *Wit, et al. v. United Behavioral Health*
17  (Case No. 3:14-CV-02346-JCS) and Intervenor Plaintiff Michael Driscoll's Intervenor Complaint
18  in *Alexander, et al. v. United Behavioral Health* (Case No. 3:14-CV-05337-JCS) shall be
19  extended until March 16, 2016.

21  Dated: February 24, 2016

23  Dated: 2/25/16

IT IS SO ORDERED
Judge Joseph C. Spero

CROWELL & MORING LLP

By: */s/ Nathaniel P. Bualat*

Christopher Flynn
Jennifer D. Romano
April Ross
Nathaniel P. Bualat
Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

-1-   STIPULATION RE ANSWER TO INTERVENORS'
COMPLAINTS; CASE NO. 3:14-CV-02346-JCS

1  Dated: February 24, 2016                                    ZUCKERMAN SPAEDER LLP

2                                                              By:  */s/ Caroline Reynolds*

3                                                                 Caroline Reynolds
                                                               Attorneys for Intervenor Plaintiffs
4                                                              LINDA TILLITT and MICHAEL DRISCOLL

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 24, 2016                     _____*/s/ Nathaniel P. Bualat*_____
                                                             Nathaniel P. Bualat