1  JENNIFER S. ROMANO (SBN 195953)
   jromano@crowell.com
2  ANDREW HOLMER (SBN 268864)
   aholmer@crowell.com
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, California 90071
   Telephone: (213) 622-4750
5  Facsimile: (213) 622-2690

6  THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
7  NATHANIEL P. BUALAT (SBN 226917)
   nbualat@crowell.com
8  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
9  San Francisco, California 94111
   Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11 APRIL N. ROSS (admitted *pro hac vice*)
   aross@crowell.com
12 CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
13 Washington, D.C. 20004-2595
   Telephone: (202) 624-2500
14 Facsimile: (202) 628-5116

15 Attorneys for Defendant
   UNITED BEHAVIORAL HEALTH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DAVID WIT, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED BEHAVIORAL HEALTH,**<br><br>Defendant. | Case No. 14-cv-02346 JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**NOTICE OF APPEAL**<br><br>Hon. Joseph C. Spero |

| | |
|---|---|
| 1 | **GARY ALEXANDER, et al.,** |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | |
| 5 | **UNITED BEHAVIORAL HEALTH,** |
| 6 | Defendant. |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-905971541.1

NOTICE OF APPEAL;
CASE NOS. 14-CV-02346 JCS; 14-CV-05337 JCS

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1292(a)(1), *Banuelos v. Constr. Laborers' Tr. Funds*, 382 F.3d 897 (9th Cir. 2004), and Federal Rule of Appellate Procedure 4(a), notice is hereby given this 2nd day of February, 2021, that United Behavioral Health ("UBH") appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Final Judgment (ECF No. 531) entered on February 1, 2021, together with all other orders and rulings adverse to UBH in these consolidated cases, including but not limited to: (2) the Remedies Order (ECF No. 491) entered on November 3, 2020, (3) the Order denying UBH's motion to dismiss in *Wit v. UBH* (ECF No. 63) entered on November 20, 2014; (4) the Order denying UBH's motion to dismiss in *Alexander v. UBH* (No. 14-cv-5337, ECF No. 42) entered on April 7, 2015; (5) the Order granting Plaintiffs' motion for class certification (ECF No. 174) entered on September 19, 2016; (6) the Order denying UBH's motion to for leave to file a motion for reconsideration (ECF No. 181) entered on October 12, 2016; (7) the Order granting in part and denying in part UBH's motion for summary judgment (ECF No. 286) entered on August 14, 2017; (8) the Findings of Fact and Conclusions of Law (ECF No. 413) entered on February 28, 2019; (9) the Further Findings of Fact and Conclusions of Law (ECF No. 469) entered on August 6, 2020; and (10) the Order granting in part and denying in part UBH's motion for class decertification (ECF No. 490) entered on November 3, 2020.

Dated: February 2, 2021      CROWELL & MORING LLP

By: _/s/ Jennifer S. Romano_
     Jennifer S. Romano

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH